1  JOHN M. SORICH (CA Bar No.125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel: (714) 852-6800
   Fax: (714) 852-6899

6

7  BURKE, WARREN, MACKAY & SERRITELLA, P.C.
   Michael G. Salemi (Il. Bar No. 6279741)
   admitted pro hac vice
8  msalemi@burkelaw.com
   330 N. Wabash Ave., Fl. 22
9  Chicago, Illinois 60611
   Telephone: 312-840-7000
10 Facsimile: 312-840-7900

11 Attorneys for Defendants
   J.P. MORGAN CHASE NATIONAL CORPORATE
12 SERVICES, INC.; and JPMORGAN CHASE BANK,
   N.A., AN ACQUIRER OF CERTAIN ASSETS AND
13 LIABILITIES OF WASHINGTON MUTUAL BANK
   FROM THE FEDERAL DEPOSIT INSURANCE
14 CORPORATION ACTING AS RECEIVER erroneously
   sued as J.P. MORGAN CHASE BANK, AS
15 SUCCESSOR IN INTEREST TO WASHINGTON
   MUTUAL BANK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMER M. ELIAS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, AS SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL BANK; J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC. AND DOES 1-10,<br><br>　　　　Defendants. | **CASE NO.:**<br>**SACV 10-0372 AG (AGRx)**<br><br>**JUDGE:**　Judge Andrew J. Guilford<br><br>**JUDGMENT**<br><br>**Action Filed:**　　July 28, 2009 |

The Court having granted the Motion of defendants J.P. Morgan Chase National Corporate Services, Inc. ("J.P. Morgan Chase National") and JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation ("JPMorgan Chase Bank" and collectively "Defendants"), erroneously sued as J.P. Morgan Chase Bank, as successor in interest to Washington Mutual Bank, for an order dismissing the Second Amended Complaint of plaintiff Amer M. Elias ("Plaintiff") with prejudice against Defendants on September 20, 2010 at 10:00 a.m. in courtroom "10D" of the above entitled court:

IT IS ORDERED, ADJUDGED AND DECREED that

1. Plaintiff's Second Amended Complaint filed in this matter is dismissed without leave to amend in its entirety as to Defendants for the reasons stated in this Court's order granting Defendants' motion to dismiss dated September 20, 2010. Judgment is entered in favor of Defendants and against Plaintiff.

2. Plaintiff shall recover nothing against Defendants.

3. Defendants are entitled to recover from Plaintiff the costs of suit in this action. Defendants may file a Bill of Costs.

DATED: September 29, 2010  _____

Hon. Andrew J. Guilford
Judge, United States District Court

JUDGMENT

1149630.2